# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JUSTIN B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:20-cv-00444-GZS |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 14, 2021, his Recommended Decision (ECF No. 26). Plaintiff filed an Objection to the Recommended Decision (ECF No. 27) on October 28, 2021. Defendant filed a Response to this Objection (ECF No. 28) on November 12, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and thus determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. The Recommended Decision of the Magistrate Judge (ECF No. 26) is hereby **AFFIRMED**.

2. The final administrative decision is hereby **AFFIRMED**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of November, 2021.